# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS YOUNG,<br>    Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| DEREK OBERLANDER, et al.,<br>    Respondents. | : <br> : | No. 20-1356 |

## ORDER

**WENDY BEETLESTONE, J.**

AND NOW, this 18th day of May, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and there being no objections , **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
WENDY BEETLESTONE
U.S. DISTRICT COURT JUDGE